**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-21-00049-CV**
_____

**ADAN GARCIA, Appellant**

**V.**

**CHRISTOPHER A. IVIE, INDIVIDUALLY AND DBA
A&D PATIO SHADE COVERS, Appellee**

_____

**On Appeal from the 40th District Court
Ellis County, Texas
Trial Cause No. 96738**

_____

**MEMORANDUM OPINION**

The parties to this appeal (Adan Garcia and Christopher A. Ivie, individually and doing business as A&D Patio Shade Covers) moved to jointly dismiss the appeal.[1] The motion reflects the parties voluntarily asked this Court to dismiss the

_____

[1]The Texas Supreme Court transferred this case to us from the Tenth Court of Appeals pursuant to the Texas Supreme Court's authority to equalize the separate dockets that exist among the various intermediate courts of appeal. *See* Tex. Gov't Code Ann. § 73.001.

appeal based on their agreement. They also moved to dismiss before we decided the appeal. *See* Tex. R. App. P. 42.1(a)(2).

Accordingly, the motion to dismiss is granted. The appeal is dismissed.

APPEAL DISMISSED.

PER CURIAM

Submitted on July 28, 2021
Opinion Delivered July 29, 2021

Before Golemon, C.J., Horton and Johnson, JJ.